**STUBBS ALDERTON & MARKILES, LLP**
Daniel A. Rozansky (SBN 161647)
*drozansky@stubbsalderton.com*
Michael A. Bernet (SBN 306657)
*mbernet@stubbsalderton.com*
15260 Ventura Boulevard, 20th Floor
Sherman Oaks, California 91403
Telephone: (818) 444-6324

Attorneys for Plaintiffs,
ADRIANA'S INSURANCE SERVICES INC., and
ADRIANA GALLARDO

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA'S INSURANCE SERVICES INC., a California corporation; and ADRIANA GALLARDO, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> AUTO INTERNATIONAL INSURANCE AGENCY, INC., a California corporation; ERICK PENA, an individual; RICHARD WETZEL, an individual; OUTFRONT MEDIA LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 8:22-cv-00174-JLS-ADS <br><br> **NOTICE OF SETTLEMENT** <br><br> Pretrial Conference: February 23, 2024 <br><br> Trial Date: None set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** Plaintiff ADRIANA'S INSURANCE SERVICES, INC., Plaintiff ADRIANA GALLARDO (collectively, "Plaintiffs"), Defendant AUTO INTERNATIONAL INSURANCE AGENCY, INC., Defendant ERICK PENA, and Defendant RICHARD WETZEL (collectively, "Defendants") (Plaintiffs and Defendants are collectively, the "Parties"), have reached a settlement in this case.

The Parties are currently finalizing the terms of a long-form written settlement agreement. The Parties expect that the settlement agreement will be executed and that a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) will be filed within fifteen (15) days hereof.

Dated: January 19, 2024　　　　**STUBBS ALDERTON & MARKILES, LLP**

By: */s/ Daniel A. Rozansky*
　　Daniel A. Rozansky
　　Michael A. Bernet
Attorneys for Plaintiffs ADRIANA'S INSURANCE SERVICES, INC. and ADRIANA GALLARDO

Dated: January 19, 2024　　　　**HARPER & HEIM**

By: */s/ Jon Stanley Heim*
　　Jon Stanley Heim
Attorneys for Defendants and Counter-Defendants, AUTO INTERNATIONAL INSURANCE AGENCY, INC., ERICK PENA and RICHARD WETZEL

Dated: January 19, 2024           **THE LOVELL FIRM**

By: */s/ Tre Lovell*
    Tre Lovell
    Sarah Silbert
Attorneys for Defendants and Counter-Defendants, AUTO INTERNATIONAL INSURANCE AGENCY, INC., ERICK PENA and RICHARD WETZEL

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content, and have authorized this filing.

Dated: January 19, 2024           **STUBBS ALDERTON & MARKILES, LLP**

By: */s/ Daniel A. Rozansky*
    Daniel A. Rozansky
    Michael A. Bernet
Attorneys for Plaintiffs ADRIANA'S INSURANCE SERVICES, INC. and ADRIANA GALLARDO