# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA'S INSURANCE SERVICES INC., a California corporation; and ADRIANA GALLARDO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AUTO INTERNATIONAL INSURANCE AGENCY, INC., a California corporation; ERICK PEÑA, an individual; RICHARD WETZEL, an individual; OUTFRONT MEDIA LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-00174-JLS-ADS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT(Doc. 140)** |

The Court, having read and considered the Stipulation of Dismissal and Request to Retain Jurisdiction to Enforce Settlement Agreement (the "Stipulation") (Doc. 140), filed by Plaintiff ADRIANA'S INSURANCE SERVICES, INC., Plaintiff ADRIANA GALLARDO (collectively, "Plaintiffs"), Defendant AUTO INTERNATIONAL INSURANCE AGENCY, INC., Defendant ERICK PENA, and Defendant RICHARD WETZEL (collectively, "Defendants") (Plaintiffs and Defendants are collectively, the "Parties"), and finding good cause therein, hereby ORDERS THAT:

1. The Stipulation is approved.
2. This case is hereby dismissed, *with prejudice*, pursuant to Federal Rule OF Civil Procedure 41(a)(1)(A)(ii).
3. There is no prevailing party.
4. The Parties shall each bear their own attorneys' fees and costs incurred in connection with this case.
5. The Court shall retain jurisdiction over this case and the Parties only to enforce the terms of the Parties' written settlement agreement dated effective as of January 16, 2024, if necessary.

IT IS SO ORDERED.

DATED: March 18, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE